# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Mary Gibson | Case No.2:11-cv-00698-JPS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Valentine & Kebartas, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By: /s/ Nicholas J. Prola
Nicholas J. Prola
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Fax: 312-822-1064
Email: nprola@maceybankruptcylaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on October 24, 2011, addressed as follows:

Valentine & Kebartas, Inc.
15 Union Street
Lawrence, MA 01840

/s/ Nicholas J. Prola